THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| EDWARD FULTON,<br><br>    Plaintiff,<br><br>    v.<br><br>AMR, NORTHWEST HOSPITAL, and FAIRFAX HOSPITAL EMPLOYEES,<br><br>    Defendants. | CASE NO. C15-1357-JCC<br><br>ORDER DECLINING TO ADOPT REPORT AND RECOMMENDATION, REFERRING TO MAGISTRATE JUDGE |

This matter comes before the Court on the Report and Recommendation of the Honorable Mary Alice Theiler with respect to Plaintiff's deficient IFP application (Dkt. No. 5) and Plaintiff's updated application, which this Court treats as an objection to the R&R (Dkt. No. 6).

The basis of Judge Theiler's R&R was Plaintiff's failure to submit an IFP application with his proper signature. (Dkt. No. 5.) The Court has now received a signed IFP application. (Dkt. No. 6.) Accordingly, the Court DECLINES to adopt the Report and Recommendation and REFERS this matter back to Judge Theiler for consideration of the updated IFP petition.

//

//

//

//

//

1   DATED this 3 day of November 2015.

[signature: John C. Coughenour]

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER DECLINING TO ADOPT REPORT AND
RECOMMENDATION, REFERRING TO
MAGISTRATE JUDGE
PAGE - 2